UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **SAUL CABALLERO**<br>REG. #91981-054 | : | **DOCKET NO. 2:23-cv-00251**<br>**SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **ALEXANDRIA REGIONAL MEDICAL**<br>**CENTER EYE CLINIC, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that instant complaint is **DENIED** and **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief can be granted, pursuant to 28 U.S.C. § 1915 (e)(2)(B).

**THUS DONE AND SIGNED** in Chambers on the 2nd day of August, 2023.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE